# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Silvia Peters

                V.                             **JUDGMENT IN A CIVIL CASE**

Guajome Park Academy Charter School, et al

                                    CASE NUMBER:    04cv1259 BEN(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the defendant's motions to dismiss are granted. The Third amended complaint is dismissed in its entirety, without prejudice, and without leave to amend

| October 30, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                      S/J. Hathaway
                                                      (By) Deputy Clerk

                                                       ENTERED ON October 30, 2006